

**FILED**
**10/6/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 1:25-cr-00643 |
| | ) | Magistrate Judge Maria Valdez |
| v. | ) 25 CR | RANDOM / Cat. 4 |
| | ) | |
| ERIK MEIER | ) | Violation: Title 18, United States Code, Section 111(a) |

The UNITED STATES ATTORNEY charges:

On or about October 4, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

ERIK MEIER,

defendant herein, did attempt to forcibly resist, oppose, impede, intimidate, and interfere with persons designated in Title 18, United States Code, Section 1114, namely officers and employees of the United States, while they were engaged in the performance of their official duties;

In violation of Title 18, United States Code, Section 111(a).

JASON YONAN
Digitally signed by JASON YONAN
Date: 2025.10.05 14:44:50 -05'00'

Signed by Jason Yonan on behalf of the UNITED STATES ATTORNEY