UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIK MEIER | No. 25 CR 643<br><br>Magistrate Judge MARIA VALDEZ |

**MOTION FOR ENTRY OF UNOPPOSED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), the United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1. The information in this case charges defendant with attempting to forcibly resist, oppose, impede, intimidate, and interfere with officers and employees of the United States, in violation of Title 18, United States Code, Section 111(a).

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendant, who does not oppose the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

                              Respectfully submitted,

                              ANDREW S. BOUTROS
                              United States Attorney

By:   /s/ *Adam L. Rosenbloom*
        ADAM L. ROSENBLOOM
        Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 353-0962

Dated: October 16, 2025