# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| United States of America | ) | Case No: 25 CR 643 |
| Plaintiff | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| | ) | |
| Erik Meier | ) | |
| Defendant | ) | |

## ORDER

Initial appearance and arraignment hearing held on 10/15/25 as to defendant Erik Meier. Michael Maione was present on behalf of the Government. Holly Blaine was present on behalf of the defendant. Alyssia Flores was present on behalf of the Pretrial Services Department. Defendant appears as having self-surrendered for today's hearing. The defendant acknowledged receipt of the Information. The Government advised the defendant of the charges pending against him and the maximum penalties. Defendant was advised of this rights. Defendant entered a plea of not guilty as to all counts of the Information. The Government is not seeking bond in this matter. The defendant is released on his own recognizance. The Government's oral motion to exclude time is granted. Without objection, time is excluded from 10/15/25 through and including 11/12/25 under 18 U.S.C. § 3161(h)(7) to serve the ends of justice and to permit the parties to review discovery materials and allow the reasonable time necessary for effective preparation, with such delay outweighing the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case. Status hearing is set for 11/12/25 at 11:00 a.m. in Courtroom 1041.

(T:00:10)

Date: October 15, 2025

_____
Magistrate Judge Maria Valdez