**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:25−cr−00643
　　　　　　　　　　　　　　　　　　　　　　　Honorable Maria Valdez

Erik Meier

　　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 3, 2025:

　　　MINUTE entry before the Honorable Maria Valdez as to Erik Meier: The minute entry dated 12/3/25, docket entry [14] is amended as follows: Status hearing held on 12/3/25 and continued to 1/7/26 at 11:00 a.m. in Courtroom 1041. Without objection, time is excluded from 12/3/25 through and including 1/7/26 under 18 U.S.C. § 3161(h)(7) to serve the ends of justice and to permit the parties to review discovery materials and allow the reasonable time necessary for effective preparation, with such delay outweighing the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.