UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 25 CR 643 |
| | ) | |
| ERIK MEIER | ) | Hon. Maria Valdez |
| | ) | |

**MOTION TO DISMISS PURSUANT TO FED. R. CRIM P. 48**

The United States, by and through its attorney ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves, pursuant to Federal Rule of Criminal Procedure 48(a), that the information filed against defendant ERIK MEIER in the above-captioned case on October 6, 2025, be dismissed.

    Respectfully submitted,

    ANDREW S. BOUTROS
    United States Attorney

    By: */s/ Adam L. Rosenbloom*
        ADAM L. ROSENBLOOM
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-0962