UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 25 CR 643 |
| | ) | |
| ERIK MEIER | ) | Hon. Maria Valdez |
| | ) | |

## NOTICE OF MOTION

To:   All ECF Filers

**PLEASE TAKE NOTICE** that on Wednesday, February 11, 2026 at 11:00 a.m., I shall appear before the Honorable Maria Valdez, or any judge sitting in her stead, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and shall present the following motion:

**MOTION TO DISMISS PURSUANT TO FED. R. CRIM. P. 48.**

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ Adam L. Rosenbloom
ADAM L. ROSENBLOOM
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-0962